1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  ConocoPhillips Company

JS-6

8         UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA

11 FARHAD FAZLI DBA FOUNTAIN ) **Case No. 03-4938 FMC (VBKx)**
   VALLEY 76, MEHRAN HARIRI )
12 DBA MIKE'S UNION 76 and JALIL ) **JUDGMENT**
   MAJDI, )
13                                )
                  Plaintiffs, )
14                                )
        vs.                       )
15                                )
   CONOCOPHILLIPS COMPANY, a )
16 Texas Corporation and DOES 1 )
   through 10, Inclusive, )
17                                )
                  Defendants.     )
18 _____)

1   By Order dated September 23, 2008, the Court granted Defendant
2 ConocoPhillips Company's ("ConocoPhillips") motion for summary judgment as to
3 Plaintiff Farhad Fazli ("Fazli").  Therefore, the Court hereby ORDERS,
4 ADJUDGES AND DECREES that Fazli shall take nothing by reason of his action
5 against ConocoPhillips, and ConocoPhillips shall recover its costs (to be determined
6 pursuant to 28 U.S.C. § 1920 and Central District Local Rule 54 and inserted herein
7 *nunc pro tunc*) in the amount of $_____.

8   IT IS SO ORDERED.

9   Dated: October 10, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge