1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD FAZLI DBA FOUNTAIN VALLEY 76, MEHRAN HARIRI DBA MIKE'S UNION 76, and JALIL MAJDI,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas Corporation and Does 1 through 10, Inclusive,<br><br>Defendant. | Case No. CV 03-04938-FMC (VBKx)<br><br>AMENDED AND FINAL JUDGMENT |

By Orders dated November 23, 2004, and September 23, 2008, the Court granted Defendant ConocoPhillips Company's ("ConocoPhillips") motions for summary judgment as to Plaintiff Farhad Pazli ("Fazli"). On October 19, 2005, the Court awarded ConocoPhillips its attorney fees in the amount of $15,941.51, and costs in the amount of $754.58. On November 13, 2008, costs were taxed in the amount of $1593.22, according to the Judgment entered on October 10, 2008.

On March 26, 2010, the Ninth Circuit's issuance its mandate affirming this Court's order granting summary judgment in favor of Defendant resolved this matter, rendering entry of final judgment appropriate. Therefore, the Court hereby amend

the October 10, 2008 Judgment in this action (Docket No. 170) and ORDERS, ADJUDGES AND DECREES that Fazli shall take nothing by reason of his action against ConocoPhillips, and ConocoPhillips shall recover $18,289.31 in previously awarded attorney fees and costs as follows:

- $15,941.51 in attorney fees awarded on October 19, 2005;
- $   754.58 in costs awarded on October 19, 2005; and
- $ 1,593.22 costs taxed on November 13, 2008, per Judgment entered on October 10, 2008.

No interest is awarded on these amounts.

**IT IS SO ORDERED.**

Dated: May 19, 2010.

_____
AUDREY B. COLLINS, CHIEF JUDGE
UNITED STATES DISTRICT COURT